UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CESAR ARMANDO TOMIN NIMANAC,

Petitioner,

v.

WARDEN, CALIFORNIA CITYCORRECTIONAL CENTER, et al.,

Respondents.

No.  1:26-cv-02639-TLN-EFB (HC)

ORDER

Petitioner proceeds with this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The District Judge has granted preliminary injunctive relief, ordering respondents to release petitioner, and referred the matter to the undersigned magistrate judge.  ECF No. 4.

It is HEREBY ORDERED that, within seven days of the date of this order, respondent shall file a return to the petition.  Petitioner may file a traverse within three days of the filing of the return.  If no traverse is filed within that time, the court will consider the petition submitted.

DATED: April 14, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1